JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ELDAR RONALDI OAJACA PEREZ,<br>Petitioner,<br>v.<br>ACTING WARDEN OF THE ADELANTO DETENTION CENTER, et al.,<br>Respondents. | Case No. EDCV 26-4492-AS<br>**ORDER DIRECTING CLERK TO REFILE PETITION, ANSWER, AND TRAVERSE IN PETITIONER'S OTHER PENDING HABEAS ACTION AND CLOSE THIS CASE** |

On August 9, 2026, Petitioner Eldar Ronaldi Oajaca Perez (A# 209-234-998) ("Petitioner"), an immigration detainee who is in the custody of United States Immigration and Customs Enforcement ("ICE") at the Adelanto ICE Processing Center in Adelanto, California, and is represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), claiming that his detention since November 19, 2025, violates his Fifth Amendment right to due process. (Dkt. No. 1). Subsequently, Respondents filed an Answer (Dkt. No. 9) on August 17, and

Petitioner filed a Traverse on August 27 (Dkt. No. 10). The parties consented to proceed before the undersigned United States Magistrate Judge in this matter. (See Dkt. Nos. 5-7).

However, Petitioner, then proceeding pro se, previously filed a § 2241 habeas petition ("Prior Petition") on May 26, 2026, challenging the same detention, and that petition remains pending in a separate action in this Court. See Eldar Ronaldi Oajaca Perez v. Warden of Adelanto ICE Processing Center, et al., C.D. Cal. Case No. EDCV 26-2869-MRA (AS), Dkt. No. 1. In that case, in which the parties have not consented to the Magistrate Judge, a Report and Recommendation ("R&R") was issued on June 24, 2026, recommending that the Court deny the Prior Petition and dismiss the case without prejudice, and the assigned District Judge has not yet ruled on the matter. Id., Dkt. No. 10.

On August 10, 2026, the day after Petitioner filed his Petition in this subsequent case (C.D. Cal. Case No. EDCV 26-4492-AS), he filed a Request for Voluntary Dismissal seeking to dismiss the Prior Petition or, alternatively, to have "the two pending petitions be related and Counsel be allowed to brief all legal issues . . . ." C.D. Cal. Case No. EDCV 26-2869-MRA (AS), Dkt. No. 11.

Because the Petition here merely raises new challenges regarding the same arrest and detention as the pending Prior Petition, the Petition here is more appropriately construed as a motion to amend the Prior Petition. As such, the instant Petition

was improperly filed as a new habeas action and should instead have been filed in the other pending case, where it may properly be construed as a motion to amend.

It is therefore ORDERED that the Clerk of Court shall (1) refile the instant Petition (Dkt. No. 1) as a "Motion to Amend" in Eldar Ronaldi Oajaca Perez v. Warden of Adelanto ICE Processing Center, et al., C.D. Cal. Case No. EDCV 26-2869-MRA (AS); (2) also refile Respondents' Answer (Dkt. No. 9) and Petitioner's Traverse (Dkt. No. 10) in that case (C.D. Cal. Case No. EDCV 26-2869-MRA (AS)); and (3) close this case.

IT IS SO ORDERED.

DATED: September 14, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE